IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02692-BNB

ROGER SCOTT BLACKBURN,

Applicant,

v.

WARDEN KEVIN MILYARD,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -6 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Roger Scott Blackburn is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. Mr. Blackburn initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the revocation of his parole. On January 6, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Blackburn to file an amended habeas corpus application pursuant to 28 U.S.C. § 2241 because he is challenging the execution, and not the validity, of his sentence. On January 21, 2009, Mr. Blackburn filed an amended habeas corpus application pursuant to § 2241 and a memorandum in support of the amended application. On January 23, 2009, Magistrate Judge Boland ordered Mr. Blackburn to file a second amended application in order to clarify his claims in this action. On February 18, 2009, Mr. Blackburn filed a second amended application for a writ of habeas corpus and a memorandum in support of the second amended application.

The Court must construe the papers filed by Mr. Blackburn liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will dismiss the action.

The Court has reviewed the second amended habeas corpus application and finds that Mr. Blackburn still fails to provide a clear statement of his claims in this action. In the order directing him to file a second amended application, Magistrate Judge Boland advised Mr. Blackburn that he must allege specific facts in support of his claims because naked allegations of constitutional violations are not sufficient to state a habeas corpus claim. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Despite this advisement, Mr. Blackburn fails to provide a clear statement of his claims showing that he is entitled to relief in this action. In particular, Mr. Blackburn fails to allege specific facts that demonstrate his federal constitutional rights have been violated in connection with the revocation of his parole.

In an effort to clarify his claims, Mr. Blackburn apparently seeks to incorporate into the second amended application some, and perhaps all, of his prior filings in this action. However, even considering the entire file and construing Mr. Blackburn's filings liberally, the Court remains uncertain regarding the specific claims for relief that are being asserted in this action and what specific facts support those claims. The general rule that *pro se* pleadings must be construed liberally has limits and the Court "cannot take on the responsibility of serving as the litigant's attorney in constructing arguments

and searching the record." *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).

In conclusion, the Court finds that the instant action must be dismissed because Mr. Blackburn fails to assert clearly any violations of his federal constitutional rights with respect to the revocation of his parole. Accordingly, it is

ORDERED that the habeas corpus application, the amended application, and the second amended application are denied and the action is dismissed without prejudice for failure to assert clearly the violation of a federal constitutional right.

DATED at Denver, Colorado, this 5 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02692-BNB

Roger Scott Blackburn
Prisoner No.127949
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

 I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/6/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk